IN THE

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

**FILED**

JUL 2 9 2008

Clerk, U.S. District and
Bankruptcy Courts

TODD - WARREN ALTSCHUL , PETITIONER

TDCJ. ID 586467, Wynne Unit

VS.

2821 Hwy. 75 N.

Huntsville, TX 77349

DISTRICT OF COLUMBIA

U.S. MARSHAL'S SERVICE , RESPONDENT

*CASE RE-ASSIGNED*
*AUG 2 2008*
*TO: LEON, J.R.JL*

Case: 1:08-cv-01300
Assigned To : Unassigned
Assign. Date : 7/29/2008
Description: Pro Se General Civil

# PETITION FOR WRIT OF MANDAMUS

**RECEIVED**

JUN 2 0 2008

Clerk, U.S. District and
Bankruptcy Courts

1

# ID OF PARTIES

### * PETITIONER

TODD-WARREN ALTSCHUL
PRO SE

### ADDRESS

TDCJ-ID NO. 586467
WYNNE UNIT
2821 HWY. 75 N.
HUNTSVILLE, TX. 77349

### * RESPONDENT

U.S. MARSHALS SERVICE
DISTRICT OF COLUMBIA

### ADDRESS

U.S. COURTHOUSE
333 CONSTITUTION AVE.
WASHINGTON, D.C. 20001

## TABLE OF CONTENTS

| | PAGE NO. |
|---|---|
| ID OF PARTIES | i |
| TABLE OF CONTENTS | i |
| INDEX OF AUTHORITIES | ii |
| STATEMENT OF AUTHORITY | 1 |
| STATEMENT OF VENUE | 1 |
| STATEMENT OF THE CASE | 1 |
| ARGUMENT | 2-4 |
| RELIEF | 5 |
| VERIFICATION OATH | 5 |
| CERTIFICATE OF SERVICE | 6 |

\* CASES                                                                    PAGE NO.

ALEXHUL V. U.S - 125 S.CT. 1955 _ _ _ _ _ _ _ _ _     2
RUIZ V. JOHNSON - 37 F. SUPP. 2d. 855, 907 - 914 _ _ _     1
CUYLER V. ADAMS - 101 S.CT. 703, 712 _ _ _ _ _ _     3
CARCHMAN V. NASH - 105 S.CT. 3401, 3407 - 3411 _ _ _     3
HEATH V. U.S. PAROLE COMM. - 788 F. 2d. 85 _ _ _ _     3
SACASAS V. RISON - 755 F. 2d. 1533 _ _ _ _ _ _     3
WEISS V. BLACKWELL - 310 F. SUPP. 360 _ _ _ _ _     3
FULWOOD V. ALEXANDER - 267 F. SUPP. 42 _ _ _ _     3
FALLIS V. U.S. - 263 F. SUPP. 780 _ _ _ _ _ _     3
HILL V. U.S. BJ. OF PAROLE - 257 F. SUPP. 124 _ _ _ _     3
JOHNSON V. REILLY - 349 F. 3d. 1149 _ _ _ _ _     4
GOODE V. MARKLEY - 603 F. 2d. 973, 975 (D.C. - CIR. 1979) _ _ _     1
IN RE CHATMAN - BEY - 718 F. 2d. 484 (D.C. - CIR. 1983) _ _ _ _ _     1

\* STATUTES . RULES

28  U.S.C. ° 1361 _ _ _ _ _ _ _ _ _ _     1
28  U.S.C. ° 1391 (h) (1) (2) _ _ _ _ _ _ _     1
28  U.S.C. ° 2255 _ _ _ _ _ _ _ _ _     1, 3, 4
18  U.S.C. ° 4245 _ _ _ _ _ _ _ _ _ _     2
28  U.S.C. ° 2241 _ _ _ _ _ _ _ _ _     3
18  U.S.C. ° 1001 _ _ _ _ _ _ _ _ _ _     3

## STATEMENT OF AUTHORITY

THIS COURTS AUTHORITY IS INVOKED PURSUANT TO TITLE 28 U.S.C. §1361, PROVIDING THAT THE U.S. DISTRICT COURTS HAS ORIGINAL JURISDICTION OF ANY ACTION IN THE NATURE OF MANDAMUS TO COMPEL AN OFFICER OR EMPLOYEE OF THE UNITED STATES OR ANY AGENCY THEREOF TO PERFORM A DUTY OWED TO THE PLAINTIFF. SEE GOODE V. MARKLEY -603 F.2d. 973 AT 975 (D.C.-CIR. 1979).

## STATEMENT OF VENUE

PETITIONER IS SEEKING MANDAMUS AGAINST THE U.S. MARSHALS SERVICE, DISTRICT OF COLUMBIA, WASHINGTON, D.C. THEREFORE VENUE IS PROPER IN THIS DISTRICT COURT FOR THE DISTRICT OF COLUMBIA PURSUANT TO 28 U.S.C. §1391 (A):

    (1) A JUDICIAL DISTRICT WHERE ANY DEFENDANT RESIDES, IF ALL THE DEFENDANTS RESIDE IN THE SAME STATE.

    (2) A JUDICIAL DISTRICT IN WHICH A SUBSTANTIAL PART OF THE EVENTS OR OMISSIONS GIVING RISE TO THE CLAIM OCCURRED.

A PRISONER INCARCERATED OUTSIDE THE JURISDICTIONAL LIMITS OF THE DISTRICT OF COLUMBIA CAN LITIGATE A MANDAMUS ACTION AGAINST A D.C. FEDERAL AGENCY IN THE U.S. DISTRICT COURT IN D.C. IN RE CHATMAN-BEY -718 F.2d. 484 (D.C.-CIR 1983).

## STATEMENT OF THE CASE

PETITIONER SEEKS MANDAMUS TO COMPEL THE U.S. MARSHALS SERVICE, D.C., TO RELEASE THREE (3) FEDERAL DETAINERS IT HAS AGAINST PETITIONER ON FILE WITH THE TEXAS DEPT. OF CRIMINAL JUSTICE.

PETITIONER WILL MAKE A PRIMA FACIA SHOWING SUPPORTED BY DOCUMENTARY EVIDENCE, THAT HE HAS FINISHED SERVING ONE OF THE FEDERAL SENTENCES AND THE OTHER TWO FEDERAL SENTENCES WERE ACQUITTED ON A 28 USC §2255 MOTION TO VACATE FEDERAL SENTENCE PROCEEDING. AND THEREFORE THE U.S. MARSHALS SERVICE, D.C. WHO PLACED THESE 3 FEDERAL DETAINERS SHOULD REMOVE THE DETAINERS, AND HAS FAILED TO DO SO.

PETITIONER, ON 05/20/1994, WAS SENTENCED TO 60 MONTHS FEDERAL BUREAU OF PRISON, BY THE USDC N.D. TEXAS #1-93-CR-45, THE 60 MONTHS WAS ORDERED TO RUN "CONCURRENTLY" WITH PETITIONERS TEXAS STATE SENTENCES. [SEE APPENDIX A]. NO DETAINER WAS PLACED AT THAT TIME.

PETITIONER ALSO HAS TWO OTHER FEDERAL CONVICTIONS FROM USDC E.D. TEXAS. NO DETAINER WAS PLACED ON EITHER OF THESE FEDERAL SENTENCES WITH TEXAS DUE TO THE U.S. SUPREME COURT IN 2005 VACATING & REMANDING PETITIONERS FEDERAL CONVICTION. ALTSCHUL V. UNITED STATES -125 S.CT. 1955 (2005).

PETITIONER THEREAFTER WAS TRANSPORTED TO ST. ELIZABETH HOSPITAL IN WASHINGTON, D.C.[1] PURSUANT TO 18 USC °4245 "DETERMINATION OF PRESENT MENTAL CONDITION OF IMPRISONED (SENTENCED) PERSON." AFTER ST. ELIZABETH HOSPITAL WAS DONE WITH PETITIONER, THE D.C.-U.S. MARSHALS SERVICE HAD PETITIONER TRANSPORTED BACK TO TEXAS DEPT. OF CRIMINAL JUSTICE AND THE D.C.-U.S. MARSHALS SERVICE PLACED 3 FEDERAL DETAINERS AGAINST PETITIONER WITH TEXAS DEPT. OF CRIMINAL JUSTICE. [SEE APPENDIX B].

NOW AS SHOWN IN APPENDIX A, THE FIRST FEDERAL SENTENCE-DETAINER, THE 60 MONTH FEDERAL SENTENCE WAS ORDERED TO RUN CONCURRENT TO THE TEXAS STATE SENTENCES[2] ON 05/20/1994 AND DISCHARGED ON 05/20/1999.

NOW THE SECOND & THIRD FEDERAL SENTENCE-DETAINERS WERE ON 03/17/2008 ORDERED ACQUITTED BY COURT ORDER [SEE APPENDIX C].

---

[1] TEXAS PRISON SYSTEMS CARE FOR MENTALLY ILL PRISONERS IS NOTORIOUSLY FLAWED. SEE RUIZ V. JOHNSON - 37 F.SUPP. 2d-855 AT 907-914. THEREFORE PETITIONER WAS EVALUATED AT ST ELIZABETH HOSPITAL IN WASHINGTON, D.C. WHO HAS A CONTRACT WITH THE UNITED STATES TO HOUSE FEDERAL PRISONERS.

[2] PETITIONER IS SERVING A 40 YEAR SENTENCE IN TEXAS DEPT. OF CRIMINAL JUSTICE.

THEREFORE, THE PETITIONER SHOULD HAVE NO DETAINERS!

ON APRIL 1, 2008, THE PETITIONER SENT A LETTER TO THE AGENCY THAT PLACED THESE 3 FEDERAL DETAINERS (ie. D.C. U.S. MARSHAL'S SERVICE) [SEE APPENDIX D] IN WHICH NO RESPONSE HAS BEEN RECEIVED AT THE TIME OF FILING THIS MANDAMUS.

PETITIONER OBTAINED A "PRINT-OUT" FROM TEXAS DEPT. OF CRIMINAL JUSTICE DATED 05/12/2008 AND SUCH STILL SHOWED THAT PETITIONER HAS 3 FEDERAL DETAINERS. [SEE APPENDIX B].

PETITIONER ALSO NOTIFIED TEXAS DEPT. OF CRIMINAL JUSTICE ABOUT THESE 3 INVALID FEDERAL DETAINERS, YET TO ONLY RECEIVE SOME STUPID RESPONSE THAT: "THE INTERSTATE AGREEMENT ON DETAINERS DOES NOT APPLY TO THE UNITED STATES MARSHAL"; [SEE APPENDIX E].


PETITIONER HAS AS SHOWN ATTEMPTED TO RESOLVE THE ISSUE WITH THE 3 INVALID FEDERAL DETAINERS ADMINISTRATIVELY BUT TO NO AVAIL.

PETITIONER CAN NOT WAIT FOREVER BECAUSE PETITIONER IS ON THE PAROLE REVIEW PROCESS ON HIS TEXAS STATE SENTENCES AND THESE 3 INVALID FEDERAL DETAINERS HAS DISADVANTAGED PETITIONER. SEE CUYLER V. ADAMS -101 S.CT. 703 AT 712; CARCHMAN V. NASH -105 S.CT. 3401, 3407-3411 (DISCUSSING THE DETRIMENTAL EFFECTS OF DETAINERS ON PRISONERS TREATMENT AND REHABILITATION].

A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. §2241 & §2255 IS NOT PROPER REMEDY TO RESOLVE THIS ISSUE BECAUSE HE IS NOT CHALLENGING THE VALIDITY, LEGALITY, EXECUTION OR IMPOSITION OF THE 3 FEDERAL SENTENCES. HEATH V. U.S. PAROLE COMM. -788 F.2d. 85; JACASAS V. RISON -755 F.2d. 1533.

THIS MANDAMUS IS PROPER REMEDY IN THIS SITUATION, IN SIMILIAR CASES MANDAMUS WAS UTILIZED TO REMOVE RESTRICTIONS RESULTING FROM DETAINER LODGED AGAINST PRISONERS. WEISS V. BLACKWELL -310 F.SUPP. 360; FULWOOD V. ALEXANDER -267 F.SUPP. 92; FALLIS V. U.S -263 F.SUPP. 780; HILL V. U.S.Bd. OF PAROLE -257 F.SUPP. 129.

[3.] PETITIONER COULD NOT POSSIBLY SEEK HABEAS CORPUS ATTACK ON FEDERAL SENTENCE -DETAINER #1 BECAUSE HE'S FINISHED SERVING THE 60 MONTH SENTENCE AND ALSO CAN NOT FILE A HABEAS CORPUS ON THE SECOND & THIRD FEDERAL SENTENCES -DETAINERS BECAUSE §2255 RELIEF HAS ALREADY BEEN GRANTED TO THE SECOND & THIRD FEDERAL SENTENCES

PETITIONER MEETS THE THREE ELEMENTS REQUIRED TO SATISFY MANDAMUS RELIEF. JOHNSON V. REILLY - 349 F. 3d. 1149 :
1) PETITIONERS CLAIM IS CLEAR AND CERTAIN.
2) THE RESPONDENT'S OFFICIAL DUTY IS MINISTERIAL AND SO PLAINLY PRESCRIBED AS TO BE FREE FROM DOUBT.
3) NO OTHER ADEQUATE REMEDY IS AVAILABLE ".

THE RESPONDENT U.S. MARSHALS SERVICE, DISTRICT OF COLUMBIA PLACED THE 3 FEDERAL DETAINERS AND THUS HAS A MANDATORY DUTY TO NOW RELEASE THE 3 INVALID FEDERAL DETAINERS SINCE PETITIONER HAS MADE A PRIMA FACIA SHOWING SUPPORTED BY DOCUMENTARY EVIDENCE THAT HE HAS LONG FINISHED SERVING THE ONE FEDERAL SENTENCE THAT'S CONCURRENT TO HIS TEXAS STATE SENTENCES. [APPENDIX A], AND THE SECOND & THIRD FEDERAL SENTENCES WERE ACQUITTED ON A 28 USC °2255 PROCEEDING. [APPENDIX C].

NO OTHER ADEQUATE REMEDY IS AVAILABLE TO RECTIFY THE WRONG. PETITIONER HAS MADE A SUBSTANTIAL SHOWING THAT HE ATTEMPTED TO RESOLVE THE PROBLEM ADMINISTRATIVELY WITH RESPONDENT AND OTHER AGENCIES.

IF PETITIONER WERE TO BE PAROLED FROM HIS TEXAS STATE SENTENCES, WHICH HE'S ELIGIBLE FOR, THEN HE WOULD BE TURNED OVER TO U.S. MARSHAL CUSTODY DUE TO THE 3 FEDERAL DETAINERS WHICH AS SHOWN ARE ALL VOID. THIS WOULD VIOLATE PETITIONERS DUE PROCESS RIGHTS AND WOULD TAKE TIME TO RESOLVE WHICH WOULD CAUSE PETITIONER TO BE UNLAWFULLY RESTRAINED OF HIS LIBERTY BY U.S. MARSHAL'S SERVICE.

DUE TO THE 3 FEDERAL DETAINERS, THE PETITIONER IS NOT IN THE CURRENT "PHYSICAL" CUSTODY OF U.S. MARSHAL BUT IS UNDER THE "CONSTRUCTIVE" CUSTODY OF U.S. MARSHAL AND SHOULD NOT BE.

RELIEF

WHEREFORE, PREMISES CONSIDERED, PETITIONER REQUEST THAT THIS DISTRICT COURT:

A) ISSUE A WRIT OF MANDAMUS TO THE D.C. U.S. MARSHALS SERVICE TO COMPEL THE D.C. MARSHALS SERVICE TO NOTIFY THE TEXAS DEPT. OF CRIMINAL JUSTICE* TO RELEASE ALL THE FEDERAL DETAINERS FILED AGAINST PETITIONER FOR SERVICE OF THE FEDERAL SENTENCES THAT HAVE BEEN COMPLETED.

RESPECTFULLY SUBMITTED:

_Todd Altschul_

TODD-WARREN ALTSCHUL
TDCJ-ID NO. 586467 /WYNNE UNIT
2821 HWY. 75 N.
HUNTSVILLE, TX. 77349
PETITIONER

VERIFICATION OATH

PURSUANT TO 18 U.S.C. 1001, I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE AND FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

JUNE, 16, 2008        _Todd Altschul_

TODD-WARREN ALTSCHUL
PETITIONER

* TEXAS DEPT. OF CRIMINAL JUSTICE
  RECORDS OFFICE
  P.O. BOX 99
  HUNTSVILLE, TEXAS 77340
  (IN RE OFFENDER ALTSCHUL, TODD-WARREN, ID # 586467)

5

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING INSTRUMENT WAS SERVED TO THE RESPONDENT:

\* U.S. MARSHAL'S SERVICE
  OFFICE OF GENERAL COUNSEL
  333 CONSTITUTION AVE. - U.S. COURTHOUSE
  WASHINGTON, D.C. 20001;

BY THE U.S. MAIL, POSTAGE PREPAID, ON THIS THE 16TH DAY OF _____ JUNE _____, 20 08.

_____
TODD - WARREN ALTSCHUL
PETITIONER

6.

# APPENDIX

APPENDIX    A

# U.S. District Court
## Northern District of Texas (Abilene)
## CRIMINAL DOCKET FOR CASE #: 1:93-cr-00045 All Defendants

Case title: USA v. Altschul

Date Filed: 12/01/1993
Date Terminated: 05/20/1994

Assigned to: Judge Sam R Cummings
Appeals court case number: #96-11179

**Defendant**

**Todd W Altschul (1)**
*TERMINATED: 05/20/1994*

represented by **Helen M Liggett**
Federal Public Defender - Lubbock
1205 Texas Avenue
Room 506
Lubbock, TX 79401
806/472-7236
Fax: 806/472-7241 FAX
Email: helen_liggett@fd.org
*TERMINATED: 05/20/1994*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

18:876 EXTORTION, RACKETEERING,
& THREATS (Mailing threatening
communications)
(1)

**Disposition**

Guilty on Count 1; committed to custody
of USBOP for term of 60 months to run
concurrently to term of imprisonment dft
currently serving; remanded to custody of
US Marshal; S/R for term of two years; no
fine assessed; MSA $50.00.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:876 EXTORTION, RACKETEERING,
& THREATS (Mailing threatening
communications)
(2-3)

**Disposition**

Dismissed on motion of US

**Highest Offense Level (Terminated)**

Felony

08 1300

**FILED**

JUL 2 9 2008

Clerk, U.S. District and
Bankruptcy Courts

APPENDIX    B

```
          T. D. C. J.  —  I N S T I T U T I O N A L   D I V I S I O N
          DATE 05/12/08          RECORDS OFFICE          TIME 10:53:35
TDCJID: 00586467 NAME: ALTSCHUL,TODD WARREN          UNIT WYNNE
SENT. BEGIN DATE 03/14/1991 TDC RECEIVE DATE 05/30/1991
INMATE STATUS LINE CLASS III                    W      LAST PCR REQUEST 05/12/08

     SENT. OF RECORD      00040    YRS 00 MOS 00 DAYS    MAND SUPV PAROLE
     FLAT TIME SERVED           00017 YRS 01 MOS 29 DAYS    042  %    042  %
     GOOD TIME EARNED           00000 YRS 00 MOS 00 DAYS    000  %    000  %
     WORK TIME EARNED           00000 YRS 00 MOS 00 DAYS    000  %    000  %
     MAND SUPV TIME CREDITS     00017 YRS 01 MOS 29 DAYS    042  %
     PAROLE TIME CREDITS        00017 YRS 01 MOS 29 DAYS              042  %
     MINIMUM EXPIRATION DTE: 00/00/0000
     MAXIMUM EXPIRATION DTE: 11/29/2030

JAIL GOOD TIME RECD YES       NUMBER OF DETAINERS 03 — Federal Detainers
GOOD TIME LOST 00635 DAYS     WORK TIME LOST 00600 DAYS
PAROLE STATUS   BPP DATE                    TDC CALC DATE 08/29/1999
```

THESE ARE THE 3 U.S. MARSHAL DETAINERS
PLACED BY D.C. -U.S. MARSHALS SERVICE
WHICH HAVE TO BE REMOVED BECAUSE
THE ONE FEDERAL SENTENCE #1:93 CR-45
WAS CONCURRENT [SEE APPX. A] TO THE
TEXAS STATE SENTENCES AND HAS
DISCHARGED. THE SECOND & THIRD FEDERAL
SENTENCES #45-CR-19 & 1:02-CR-137 WAS
ON 03/17/2008 ORDERED ACQUITTED ON
A §2255 MOTION. [SEE APPX. C].

**FILED**

**JUL 2 9 2008**

Clerk, U.S. District and
Bankruptcy Courts

08 1300

# APPENDIX C

**UNITED STATES DISTRICT COURT**      **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| TODD ALTSCHUL, | § | |
| | § | |
| Movant, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:04-CV-741 |
| | § | (95-CR-19,1:02-CR-137) |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

### FINAL JUDGMENT

This action came on before the Court, Honorable Marcia A. Crone, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that the above-styled motion to vacate, set aside, or correct sentence is **GRANTED. Acquittal ordered.**

All motions by either party not previously ruled on are hereby **DENIED**.

SIGNED at Beaumont, Texas, this 17th day of March, 2008.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

08 1300

**FILED**

JUL 2 9 2008

Clerk, U.S. District and
Bankruptcy Courts

APPENDIX      D

TO: U.S. MARSHAL'S SERVICE                         APRIL 1 - 2008
    DISTRICT OF COLUMBIA
    333 CONSTITUTION AVENUE
    U.S. COURTHOUSE
    WASHINGTON, D.C. 20001

RE: USMS OFFENDER, TODD - WARREN ALTSCHUL, USMS # 25428-077

    BE ADVISED, WHILE I WAS IN ST. ELIZABETH HOSPITAL, WASHINGTON, D.C.
YOUR AGENCY AFTER DISCHARGE FROM HOSPITAL, HAD ME TRANSPORTED
BACK TO TEXAS DEPT. OF CRIMINAL JUSTICE CUSTODY AND YOU PLACED
THREE FEDERAL DETAINERS ON ME.
    THE FIRST FEDERAL DETAINER, # 1:93-CR-45, WAS "CONCURRENT" TO
MY STATE SENTENCE AND DISCHARGED.
    THE SECOND & THIRD FEDERAL DETAINER # 1:95-CR-19 & 1:02-CR-137,
THESE FEDERAL SENTENCES WERE ACQUITTED ON 03/17/2008 ON
A ORDER IN # 1:04-CV-741, USDC, E.D. OF TEXAS.
    THEIRS NO FURTHER REASONS FOR THESE 3 FEDERAL DETAINERS,
THEREFORE, CONTACT THE TEXAS DEPT. OF CRIMINAL JUSTICE TO
RELEASE THESE 3 FEDERAL DETAINERS.

08 1300

SUBMITTED:                      **FILED**
*Todd Altschul*                 **JUL 2 9 2008**
                                Clerk, U.S. District and
                                Bankruptcy Courts
TODD - W. ALTSCHUL
TDCJ - ID NO. 586467
WYNNE UNIT
2821 HWY. 75 N.
HUNTSVILLE, TX. 77349

APPENDIX        E

# Texas Department of Criminal Justice
## Correctional Institutions Division
### Inter-Office Communications

To:

Altschul, Todd W.
TDCJ# 586467          Wynne Unit

Date:

June 2, 2008

From:    *Donna Bell*
Donna Bell, Program Specialist I
Classification and Records Office

Your correspondence has been reviewed by the Classification and Records Office.

The Interstate Agreement on Detainers does not apply to the United States Marshal.

DB/js

*NOTE: THE PETITIONER ATTEMPTED TO RESOLVE THIS ISSUE WITH TDCJ RECORDS OFFICE, AND THE ABOVE IS THE ONLY RESPONSE RECEIVED WHICH DOES NOT EVEN ADDRESS PETITIONERS POINT.

08 1300

# FILED

JUL 2 9 2008

**Clerk, U.S. District and
Bankruptcy Courts**

08-1300
UNA

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

**I (a) PLAINTIFFS**

TODD-WARREN ALTSCHUL

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88888
**(EXCEPT IN U.S. PLAINTIFF CASES)**

PRO SE PR

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

# TDCJ 586469

**DEFENDANTS**

USMS

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:08-cv-01300
Assigned To : Unassigned
Assign. Date : 7/29/2008
Description: Pro Se General Civil

RE-ASSIGNED
TO: LEON
AUG 2 6 2008

**II. BASIS OF JURISDICTION**

**(PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

◉ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

☐ **A. Antitrust**

☐ 410 Antitrust

☐ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☐ **E. General Civil (Other)** OR ◉ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
◉ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

| □ **G.** *Habeas Corpus/ 2255* | □ **H.** *Employment Discrimination* | □ **I.** *FOIA/PRIVACY ACT* | □ **J.** *Student Loan* |
|---|---|---|---|
| □ **530 Habeas Corpus-General** □ **510 Motion/Vacate Sentence** | □ **442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)** *(If pro se, select this deck)* | □ **895 Freedom of Information Act** □ **890 Other Statutory Actions (if Privacy Act)** *(If pro se, select this deck)* | □ **152 Recovery of Defaulted Student Loans (excluding veterans)** |

| □ **K.** *Labor/ERISA (non-employment)* | □ **L.** *Other Civil Rights (non-employment)* | □ **M.** *Contract* | □ **N.** *Three-Judge Court* |
|---|---|---|---|
| □ **710 Fair Labor Standards Act** □ **720 Labor/Mgmt. Relations** □ **730 Labor/Mgmt. Reporting & Disclosure Act** □ **740 Labor Railway Act** □ **790 Other Labor Litigation** □ **791 Empl. Ret. Inc. Security Act** | □ **441 Voting (if not Voting Rights Act)** □ **443 Housing/Accommodations** □ **444 Welfare** □ **440 Other Civil Rights** □ **445 American w/Disabilities-Employment** □ **446 Americans w/Disabilities-Other** | □ **110 Insurance** □ **120 Marine** □ **130 Miller Act** □ **140 Negotiable Instrument** □ **150 Recovery of Overpayment & Enforcement of Judgment** □ **153 Recovery of Overpayment of Veteran's Benefits** □ **160 Stockholder's Suits** □ **190 Other Contracts** □ **195 Contract Product Liability** □ **196 Franchise** | □ **441 Civil Rights-Voting (If Voting Rights Act)** |

**V. ORIGIN**

☒ **1 Original Proceeding**  □ **2 Removed from State Court**  □ **3 Remanded from Appellate Court**  □ **4 Reinstated or Reopened**  □ **5 Transferred from another district (specify)**  □ **Multi district Litigation**  □ **7 Appeal to District Judge from Mag. Judge**

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*28 USC 1361   Writ of mandamus*

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS □ ACTION UNDER F.R.C.P. 23    **DEMAND $**   Check YES only if demanded in complaint  **JURY DEMAND:** □ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   □ YES  □ NO   If yes, please complete related case form.

DATE   **SIGNATURE OF ATTORNEY OF RECORD**   *JCD*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd