IN THE UNITED STATES DISTRICT COURT
FOR THE <u>WASHINGTON</u> DISTRICT OF <u>COLUMBIA</u>
<u>COLUMBIA</u> DIVISION

**FILED**
JUL 29 2008
Clerk, U.S. District and
Bankruptcy Courts

<u>TODD-WARREN ALTSCHUL - ID # 586467</u>
Plaintiff's name and ID Number

<u>TDCJ - WYNNE UNIT</u>
Place of Confinement

CASE NO. <u>08 1300</u>
(Clerk will assign the number)

V.

<u>DISTRICT OF COLUMBIA
U.S. MARSHAL'S SERVICE
U.S. COURTHOUSE
333 CONSTITUTION AVENUE
WASHINGTON, D.C. 20001</u>
Defendant's name and address

APPLICATION TO PROCEED
IN FORMA PAUPERIS

    I, <u>TODD-WARREN ALTSCHUL</u>, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

    I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

    a. Business, profession or from self-employment?      Yes ☐   No ☒
    b. Rent payments, interest or dividends?              Yes ☐   No ☒
    c. Pensions, annuities or life insurance payments?    Yes ☐   No ☒
    d. Gifts or inheritances?                             Yes ☐   No ☒
    e. Family or friends?                                 Yes ☐   No ☒
    f. Any other sources?                                 Yes ☐   No ☒

    If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    _____
    _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
        Yes ☒   No ☐

    If you answered **YES** to any of the questions above, state the total value of the items owned.

    <u>225.66 ... HOWEVER MY ACCOUNT CURRENTLY HAS A HOLD "FREEZE"
    OF $15,499.99. (SEE ANNEXED ACCOUNT STATEMENT)</u>

**RECEIVED**
JUN 2 0 2008
Clerk, U.S. District and
Bankruptcy Courts

1

☆ATCIFP (REV. 9/02)

2

3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☒   No ☐

If you answered **YES**, describe the property and state its approximate value.

I OWN TWENTY FIVE (25) SHARES OF THE NYSE STOCK "SAKS FIFTH AVENUE" PURCHASED IN 2006 FOR $18.96 PER SHARE, BUT THE STOCK HAS DECREASED IN VALUE AND NO LONGER PAYS ANY DIVIDENDS.

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the ___16TH___ day of ___JUNE___, 20_08_.

_____   #586467
Signature of Plaintiff         ID Number

| | | | | |
|---|---|---|---|---|
| MEDICAL CO-PAY OWED: | .00 | LOCATION: | ROW B-3-1  08 | UNIT: WY |
| FEDERAL COURT FEE OWED: | .00 | NAME: ALTSCHUL, TODD-WARREN | | |
| TEXAS COURT FEE/CHARGE OWED: | .00 | DATE: 05/30/08 | ACCOUNT NUMBER: | 00586467 |
| INDIGENT SUP. OWED: | OTHER HOLD AMOUNTS: 499.99 | BEGINNING BALANCE: | | 225.66 |

| ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|
| | | | |

08 1300

FILED

JUL 29 2008

Clerk, U.S. District and Bankruptcy Courts

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.