FILED
JUL 29 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TODD-WARREN ALTSCHUL,          )
                               )
        Plaintiff,             )
                               )
    v.                         )   Civil Action No. 08 1300
                               )
UNITED STATES MARSHAL SERVICE, )
                               )
        Defendant.             )

## ORDER

Plaintiff, proceeding *pro se*, has submitted an application to proceed *in forma pauperis*, but has not submitted the financial information required under 28 U.S.C. § 1915(a)(2), which states that a "prisoner seeking to bring a civil action . . . without prepayment of fees . . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." On the basis of this information, the Court will determine plaintiff's ability to pay the entire $350.00 in one payment. If the Court determines that plaintiff does not have sufficient funds to pay the $350.00 at one time, an initial partial filing fee will be assessed, after which monthly payments of 20 percent of the deposits made to the plaintiff's trust fund account during the preceding month will be forwarded to the clerk of the Court each time the account balance exceeds $10.00. Payments will continue until the full filing fee is paid. Accordingly, it is hereby

ORDERED that, within thirty (30) days of this Order, plaintiff shall either provide the information described above or his case will be dismissed.

SO ORDERED.

Date: July 28, 2008

_____
United States District Judge

3