UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

TODD-WARREN ALTSCHUL          *
VS.                           *   NO. 08-1300
D.C.-U.S. MARSHALS SERVICE    *

# SUPPLEMENTAL APPENDIX OF SUPPORTING DOCUMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

ON AUGUST 1, 2008, THE PLAINTIFF RECEIVED MORE DOCUMENTS UNDER THE FREEDOM OF INFORMATION/PRIVACY ACT 5 USC §552(G) FROM THE FEDERAL BUREAU OF PRISONS (BOP) [SEE ANNEXED] THAT CLEARLY SUPPORT PLAINTIFFS PETITION FOR WRIT OF MANDAMUS AND SHOWS THAT PLAINTIFF HAS DISCHARGED ONE OF HIS FEDERAL SENTENCES THAT WAS COMPUTATED CONCURRENT WITH PLAINTIFFS TEXAS STATE SENTENCES AND FURTHER ANNEXED DOCUMENTS CLEARLY SHOWS THAT THE DEFENDANT U.S. MARSHALS SERVICE FOR THE DISTRICT OF COLUMBIA WAS THE SOLE AUTHORITY FOR PLACING A DETAINER AGAINST PLAINTIFF WITH TEXAS STATE PRISON OFFICIALS.

PLAINTIFF HAS MADE A PRIMA FACIA SHOWING SUPPORTED BY DOCUMENTARY EVIDENCE THAT HE HAS DISCHARGED THIS ONE FEDERAL SENTENCE AND THE D.C. U.S. MARSHALS SERVICE IMPROPERLY HAS A DETAINER FOR SERVICE OF THIS FEDERAL SENTENCE LODGED WITH TEXAS DEPT. OF CRIMINAL JUSTICE. THEREFORE THIS COURT MUST ISSUE A MANDAMUS TO COMPEL THE DEFENDANT TO RELEASE THE FEDERAL DETAINER WITH TEXAS DEPT. OF CRIMINAL JUSTICE.

08-04-2008

RESPECTFULLY SUBMITTED:

*Todd Altschul*
TODD-WARREN ALTSCHUL
TDCJ-ID NO. 586467
WYNNE UNIT
2821 HWY. 75 N.
HUNTSVILLE, TX. 77349
PLAINTIFF

BP-A391.058
MAY 1994    **NOTICE OF ENSUING RELEASES**                **U.S. DEPARTMENT OF JUSTICE**
                                                          **FEDERAL BUREAU OF PRISONS**

FOR THE MONTH AND YEAR OF:                Institution: BoP - Headquarters
05/1999                                   Date: 05/15/1999

| Number | Name | Release Date | Method | Detainer |
|---|---|---|---|---|
| #25428-017 | Altschul, Todd-Warren | 05/20/1999 | in Texas custody TDCJ | #1:95-CR-19 51 month federal sentence. Detaining Agency: District of Columbia U.S. Marshals Service |

Discharged #1:93-CR-45 60 month Sentence

FILE

RECORD DEPARTMENT
By _Jone M. Douglas_

(Replaces BP-391(58) of APR 78.)

COPY

BP-A714.056
APR

**NOTICE OF RELEASE AND ARRIVAL**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

COPY  FILE

| Inmate Name | Reg No.: 25428-077 | Institution/Address |
|---|---|---|
| Altschul, Todd-Warren | FBI No.: 17553INA1 | TDCJ Stiles Unit 3060 FM 3514 Beaumont, TX. 77705 |
| | (Misc No.) | |

| Release Date | Release Method |
|---|---|
| 05/20/1999 | Remain in TDCJ to finish other sentences |

| Public Law Days | Supervision to follow release: (if yes, advise inmate of Obligation to Report for Supervision) |
|---|---|
| N/a | ✓ Yes  ( 2 Years  0 Months ) <br> ___ No |

**RELEASED TO: (Check one)**

___ Community
Transportation arranged to: _____
(City and State)

Method of transportation: _____
(Name of common carrier or other)

Date of expected arrival at residence: _____

✓ Detainer  #1:95-CR-19
Detaining Agency: D.C. District of Columbia
U.S. Marshals Service

Agency Address: 333 Constitution Ave.
U.S. Courthouse
Washington, D.C. 20001

**SUPERVISION JURISDICTION(S)**

**Sentencing District**
Chief/Director: Supervision will not
Supervision Agency: begin until released
District: from TDCJ on
Address: all sentences

Phone: (   )

**District of Residence (for relocation cases)**
Chief/Director: _____
Supervision Agency: _____
District: _____
Address: _____

Phone: (   )

Address of proposed residence: N/a

**DNA STATUS**

| DNA sample required: | If YES date sample taken | DNA Number |
|---|---|---|
| ___ Yes  ✓ No | | |

**Obligation to Report for Supervision:** If you were sentenced to, or otherwise required to serve, a term of supervision, this term begins immediately upon your discharge from imprisonment, and you are directed to report for supervision within 72 hours. If you are released from a detaining authority, you shall report for supervision within 72 hours after your release by the detaining authority. If you can not report for supervision in the district of your approved residence within 72 hours, you must report to the nearest U.S. Probation Office for instruction. Failure to obey the reporting requirements described above will constitute a violation of release conditions.

Inmate's Signature (file copy only)
*/s/ Todd Altschul/*

**Distribution:** Inmate Central File (Section 5), Inmate, Chief Supervision Officer in Sentencing District, Chief Supervision Officer in District of Residence, and U.S. Parole Commission (if applicable)

(This form may be replicated via WP)

This form replaces BP-S714 dtd FEB

*Discharged #1: 93-CR-45*
*60 month federal sentence*
COPY

BP-A710.051            **U.S. DEPARTMENT OF JUSTICE**
JUN            **FEDERAL BUREAU OF PRISONS**
**PRISONER RELEASE NOTIFICATION**

DATE: 05/20/1999

| To: ✓ CHIEF STATE LAW ENFORCEMENT | OFFICIAL'S ADDRESS |
|---|---|
| Texas Dept. of public Safety | P.O. Box 4087<br>Austin, Texas 78773 |
| ✓ CHIEF LOCAL LAW ENFORCEMENT | OFFICIAL'S ADDRESS |
| Texas Dept. of Criminal Justice | P.O. Box 99<br>Huntsville, TX. 77342 |
| ___ STATE SEX OFFENDER REGISTRATION | OFFICIAL'S ADDRESS |
| N/a | |
| ✓ UNITED STATES PROBATION OFFICER | USPO'S ADDRESS |
| | 1205 Texas Avenue<br>Lubbock, Texas 79401 |

**(Check all that apply)**

Pursuant to 18 U.S.C. § 4042, the Federal Bureau of Prisons is notifying your office of the release of an offender who, based upon available information, was convicted of a federal drug trafficking crime, or a crime of violence. Notification is also required if an offender has a documented history or conviction of a sex offense.

**Note:** Sex offender individuals are subject to registration as a sex offender under federal law.

Notification is being provided for the following: **(Check all that apply).**

____ Sex Offense     ____ Federal Drug Trafficking Offense     ✓ Violent Crime Offense

| 1) Offender's Name | 4) Offender's Projected Address: |
|---|---|
| Altschul, Todd-Warren | Texas Dept. of Criminal Justice |
| 2) Register Number | |
| #25428-077 | FILE |
| 3) Final Release Date | |
| 05/20/1999 | |

FILE IN SECTION 5 UNLESS APPROPRIATE FOR PRIVACY FOLDER      **SECTION 5**

5) Current and/or prior criminal history of offense(s):

| Offense and Date of Conviction | Detailed Description |
|---|---|
| aggravated assault<br>July 28, 1990<br>Case # 12010<br>Brown County, Texas | [See PSR] |
| Retaliation<br>April 26, 1993<br>Case # 12961<br>Brown County, Texas | [See PSR] |
| aggravated assault<br>July 28, 1994<br>Case # 26672<br>Brazoria Co., TX | [See PSR]   FILE |
| [See PRS for Remaining offenses] | |

6) Release Conditions or Restrictions other than the Standard Conditions of Supervision:

Will remain in custody of Texas Dept. of Criminal Justice to serve State convictions and remaining federal conviction # 1:95-CR-19, 51 month sentence concurrently in State custody

For additional information, please contact the Warden or Community Corrections Manager (CCM) identified below.

| Name of Warden or Community Corrections Manager (CCM) General Counsel<br>James M. Douglas | Signature of Warden or CCM<br>James M. Douglas |
|---|---|
| Address and Telephone Number<br>[Headquarters] Federal Bureau of Prisons<br>320 First Street NW<br>Washington, D.C. 20534     202-307-3163 | |

**In the event you are not the law enforcement agency with jurisdictional authority consistent with the releasee's address, please forward these documents to the appropriate authority.**

cc: U.S. Probation Officer (when applicable)

(This form may be replicated via WP)

To be filed in Inmate Central File, Section 5
This replaces BP-647.051 of Dec. 98 and BP-554.051 of Jan. 98

BP-A392.058
MAY 1994

**RELEASE AUTHORIZATION**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

Inmate Name: Altschul, Todd-Warren
Register No.: 25428-077
Institution: TDCJ Texas Dept. Crim. Just
Date: 05/15/1999

Release Date: 05/20/1999
Method: Remand
Detainer: ☑ Yes ☐ No

Custody Will Be Taken by: Inmate will remain in TDCJ for service of remaining sentences

CERTIFICATION: I certify that this release is in accordance with applicable and controlling rules, regulations and statutory provisions. I have personally reviewed this inmate's Judgment and Commitment File, and determined that there is no information that would prevent release by the method stated above. All Judgment and Commitment Orders, U.S. Parole Commission Warrants, Notice of Actions, Good Time Documents, and all detainer information have been personally reviewed by me.

Name/Title: James M. Douglas, General Counsel
Signature: James M. Douglas
Date: 05/15/1999

Thumbprint

Discharging #1: 93-CR-45
60 month federal sentence
FILE

**RELEASE ACTION**

Identified by: JmD
Release by: BoP
Funds Paid by: N/a
Date of Release: 05/20/1999
Time of Release: 12:00 A.M.

**RECEIPT OF AGENT TAKING CUSTODY**

I have received the above named prisoner, together with personal property and funds in the amount of $ N/a

Name/Title: N/a
Signature:
Date:
Location: Remain in TDCJ

Original - Receiving & Discharge File in Judgment & Commitment File; Copy - Case Management, Central File (Section 5); Copy - Control Room; Copy - Hospital; Copy - Transporting Officer

(Replaces BP-392(58) of OCT 1990.)

COPY