UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

TODD-WARREN ALTSCHUL §
Vs. § No: 08-1300
U.S. MARSHAL'S SERVICE, D.C. §

# RESPONSE TO COURTS JULY 28, 2008 ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

## I.

ON JULY 28, 2008, THIS COURT ENTERED A ORDER REQUIRING PLAINTIFF TO SUBMIT A CERTIFIED COPY OF HIS TRUST FUND ACCOUNT STATEMENT (OR INSTITUTIONAL EQUIVALENT) WITHIN 30 DAYS TO THIS COURT.

PLAINTIFF HAS OBTAINED SUCH WHICH IS ANNEXED.

## II.

THIS COURT SHOULD CONSIDER THAT:

[i] PLAINTIFF AS SHOWN ON THE ANNEXED CERTIFIED ACCOUNT STATEMENT, HAS A "HOLD" ON HIS ACCOUNT FOR SEVERAL THOUSANDS OF DOLLARS AS A RESULT OF A FEDERAL TAX LIEN. 26 U.S.C. '6323, WHICH PLAINTIFF HAS ATTEMPTED TO RESOLVE THROUGH THE U.S. TAX COURT, [TODD-WARREN ALTSCHUL VS. COMMISSIONER OF INTERNAL REVENUE, NO. 06-2650S];

[ii] THE PETITION FOR WRIT OF MANDAMUS PROCEEDING LEANS MORE ON THE "CRIMINAL SIDE" THAN THE "CIVIL SIDE" DUE TO THE NATURE OF THE MANDAMUS. SEE _IN RE STONE - 118 F.3d. 1032 [PETITION FOR WRIT OF MANDAMUS WAS NOT SUBJECT TO THE FEE PAYMENT REQUIREMENTS UNDER THE PRISON LITIGATION REFORM ACT]_;

[iii] PLAINTIFF'S PLACE OF INCARCERATION (i.e. TEXAS DEPT. OF CRIMINAL JUSTICE) DOES NOT PAY PRISONERS FOR WORK. SEE _LOVING V. JOHNSON - 455 F.3d. 562 (5TH-CIR. 2006)_.

1.

III.

However if this court decides that the PLRA applies to this type of mandamus proceeding, then petitioner will just accept it.

DATE:
08/04/2008

RESPECTFULLY SUBMITTED:

*Todd Altschul*
TODD-WARREN ALTSCHUL
TDCJ. ID NO. 586467
WYNNE UNIT
2821 HWY. 75 N.
HUNTSVILLE, TX. 77349
PLAINTIFF

2.