UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Todd-Warren Altschul       ) <br>     Plaintiff                     ) <br>                                 ) <br> v.                               ) <br>                                 ) <br>                                 ) <br> United States Marshals Service   ) <br>     Defendant                   ) | Civil Action No.  08- 1300 RJL |

**REASSIGNMENT OF CIVIL CASE**
(non-calendar committee)

The above entitled action was assigned on <u>August 26, 2008</u> from Unassigned (9098)

to Judge Leon because the plaintiff has satisfied the requirements of the PLRA.

                                                NANCY MAYER-WHITTINGTON, CLERK

                                                By: <u>La Tanau Scott</u>
                                                Deputy Clerk

CC:    Judge <u>Leon</u>
&amp; Courtroom Deputy
Civil Case Processing Clerk
      Statistical