UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TODD-WARREN ALTSCHUL,           ) | |
| )| |
| Petitioner,           ) | |
| )| |
| v.           ) | Civil Action No. 08-1300 |
| )| |
| UNITED STATES MARSHALS SERVICE,           ) | |
| )| |
| Respondent.           ) | |

## ORDER DIRECTING RESPONDENT TO SHOW CAUSE

On this __31st__ day of __August__ 2008, it is hereby

ORDERED that the Respondent, by counsel, within 30 days of service of a copy of this Order and the petition herein, shall file with the Court and serve on Petitioner a statement showing why the Writ of Mandamus should not issue. It is

FURTHER ORDERED that the Clerk of Court furnish a copy of the petition and a certified copy of this Order to the United States Marshal for the purpose of making service on the Attorney General, and the United States Attorney for the District of Columbia.

_____
United States District Judge